## LINDABURY v. COMMISSIONER OF INTERNAL REVENUE.

### No. 7707.

Circuit Court of Appeals, Third Circuit.

June 30, 1941.

William Rowe, of Newark, N. J. (Lindabury, Steelman, Zink & Lafferty, of Newark, N. J., on the brief), for petitioner.

Newton K. Fox, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before CLARK, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The finding by the Board of Tax Appeals that the petitioner's shares of stock in the Kearny National Bank were not and did not become worthless during the taxable year is fully supported by the evidence and justifies the Board's decision approving

the Commissioner's disallowance of the petitioner's claim to a deduction for an alleged loss on account thereof for the taxable year.

The decision of the Board of Tax Appeals is affirmed.